IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:13 mj 61-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | |
| ) | ORDER |
| WILLIAM FRANKLIN JOHNSTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion to Terminate Probation (#43) filed by Peter C. Anderson, counsel for Defendant. The undersigned conducted a hearing concerning this matter at which time the Government objected to the Defendant's motion. The Government has now filed Government's Updated Response to Defendant's Motion for Early Termination of Probation (#48) in which the Government now states the Government no longer opposes the Defendant's Motion for early termination of probation. As a result of the change of position of the Government, the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion to Terminate Probation (#43) is hereby **ALLOWED** and Mr. Johnston's probation is terminated and he is released from terms and conditions of probation.

Signed: July 12, 2016

*Dennis L. Howell* (signature)

Dennis L. Howell
United States Magistrate Judge